**Motion Granted; Continuing Abatement Order filed February 9, 2017.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00546-CV**

_____

**SHANNON CURTIS, Appellant**

**V.**

**CHAD BAKER, Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-47231**

## CONTINUING ABATEMENT ORDER

On November 3, 2016, this court entered an order abating this appeal in order to allow appellant to secure a free copy of the record below as well as to resolve any finality issues in the trial court that may render this appeal premature. The order stated the appeal would be reinstated on January 3, 2017.

On November 29, 2016, this court entered an order continuing the abatement for a period of 45 days because the trial court's first available hearing date was January 13, 2017.

On January 13, 2017, the trial court held a hearing and vacated its order granting judgment in favor of appellee. Subsequently, appellee filed a motion to set aside the trial court's order.

On February 3, 2017, appellant filed a second motion to extend the abatement period by 60 days because appellee's motion is scheduled to be heard by the trial court on March 3, 2017. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until April 18, 2017. The appeal will be reinstated on this court's active docket at that time. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM